UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Marc Woods,

Plaintiff,

vs. ORDER

Joseph T. Ryerson & Son, Inc., United Steelworkers of America,

Defendants. Civ. No. 00-2619 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

To: Christopher Robert Walsh, Walsh Law Office, 301 4th Ave. St. S. Ste. 270, Minneapolis, Minnesota 55415

At Duluth, in the District of Minnesota, this 5th day of January, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

It appears that more than 20 days have elapsed since the this action was removed from the Hennepin County District Court, and that no responsive pleading has been entered by the Defendant United Steelworkers of America.

The Federal Rules of Civil Procedure and the Local Rules of this District require that an Answer or other pleading be filed.

FILED JAN 05 2001
DEPUTY CLERK

Although an initial Motion for an extension of time will be liberally construed by the Court in the absence of any objection by opposing counsel, the Court does not permit counsel, by agreement, to extend the time for filing an Answer or some other responsive pleading.

NOW THEREFORE, It is --

ORDERED:

That counsel for the Plaintiff is directed to:

1. Notify the Defendant United Steelworkers of America immediately that it is required to serve and file its Answer or some other responsive pleading, or to move for an extension of time to do so, and that an application for entry of default is required within 10 days of such notification if no response is filed;

2. File an application for entry of default unless the required pleadings are filed within 10 days of the referenced notification; or

3. Advise the Court in writing of any good cause to the contrary.

Unless the Plaintiff's counsel complies with this Order within 20 days of this date, this case may be dismissed for lack of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE