O AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Marc Woods

V.

Joseph T. Ryerson & Son, Inc. and United Steelworkers of America

## JUDGMENT IN A CIVIL CASE

Case Number: 00-2619 JNE/RLE

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Woods's claims against the Union contained in his Complaint are Dismissed with Prejudice.

July 9, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Heather Labat
(By) Heather Labat, Deputy Clerk